AO 241 (Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|
| Name (under which you were convicted): GROVER CLIFTON GABBARD | Docket or Case No.: 4:21-CV-35-JHM  02-CR-00013 |
| Place of Confinement: KENTUCKY STATE PENITENIARY | Prisoner No.: 190556 |

| Petitioner (include the name under which you were convicted) GROVER CLIFTON GABBARD | v. | Respondent (authorized person having custody of petitioner) COMMONWEALTH OF KENTUCKY |
|---|---|---|

The Attorney General of the State of: KENTUCKY

*FILED*
*JAMES J. VILT, JR. - CLERK*
*APR - 5 2021*
*U.S. DISTRICT COURT*
*WEST'N. DIST. KENTUCKY*

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
    MCLEAN COUNTY CIRCUIT COURT
    100 SOUTH MAIN STREET, P.O. BOX 567
    CALHOUN, KY 42327

    (b) Criminal docket or case number (if you know): 02-CR-00013

2. (a) Date of the judgment of conviction (if you know): 11-14-02

    (b) Date of sentencing: 12-9-02

3. Length of sentence: LIFE

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and sentenced in this case: MURDER

6. (a) What was your plea? (Check one)
    ☑ (1) Not guilty         ☐ (3) Nolo contendere (no contest)
    ☐ (2) Guilty             ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑ Yes   ☐ No

8. Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9. If you did appeal, answer the following:

(a) Name of court: MCLEAN CIRCUIT COURT / SUPREME COURT OF KENTUCKY

(b) Docket or case number (if you know): 02-CR-00013

(c) Result: DENIED

(d) Date of result (if you know): 12-23-02

(e) Citation to the case (if you know): _____

(f) Grounds raised: MOTION AND GROUNDS FOR NEW TRIAL WAS FILED ON 11-19-02

(g) Did you seek further review by a higher state court?   ☑ Yes   ☐ No

If yes, answer the following:

(1) Name of court: SUPREME COURT OF KENTUCKY

(2) Docket or case number (if you know): 2002-SC-1091-MR

(3) Result: DENIED

(4) Date of result (if you know): 7-28-05

AO 241 (Rev. 01/15)                                                                 Page 4

(5) Citation to the case (if you know): _____

(6) Grounds raised: 1) WITNESS ALLOWED TO TESTIFY TO HEARSAY STATEMENTS OF THE VICTIM, OVER DEFENSE OBJECTION  2) RECUSAL MOTION  3) IMPROPER BOLSTERING OF TWO KEY WITNESSES  4) PROBATION & PAROLE OFFICER MISSTATED THE LAW AS TO PAROLE ELIGIBILITY

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☒ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: COMMONWEALTH OF KENTUCKY COURT OF APPEALS

(2) Docket or case number (if you know): 2005-CA-001782

(3) Date of filing (if you know): 2-24-06

(4) Nature of the proceeding: RCr 11.42 MOTION

(5) Grounds raised: 1) DENIED WITHOUT AN EVIDENTIARY HEARING
2) INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL FOR NOT PROVIDING AN APPROPRIATE INVESTIGATION
3) NOT CONTACTING ANY EXPERT WITNESS TO EXAMINE REPORTS
4) CHANGE OF VENUE
5) FAILURE TO INVOKE A "BEST EVIDENCE" RULE,
6) NOT ATTACKING THE CREDIBILITY OF THE KEY WITNESSES

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
    ☐ Yes   ☐ No

(7) Result: DENIED

(8) Date of result (if you know): 4-17-07

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _COMMONWEALTH OF KENTUCKY COURT OF APPEALS_

    (2) Docket or case number (if you know): _2009-CA-0001008_

    (3) Date of filing (if you know): _MARCH 2010_

    (4) Nature of the proceeding: _CR 60.02_

    (5) Grounds raised: _1) DENIED PRO SE MOTION WITHOUT APPOINTING COUNSEL OR CONDUCTING AN EVIDENTIARY HEARING_

_2) NEWLY DISCOVERED EVIDENCE_

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☒ Yes   ☐ No
(2) Second petition:  ☒ Yes   ☐ No
(3) Third petition:   ☒ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** _ALLOWING WITNESS TO TESTIFY OVER DEFENSE OBJECTION TO HEARSAY STATEMENTS OF THE VICTIM_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_THE COMMONWEALTH FAILED TO BUILD A CRIME OF PASSION SO THE COURT ALLOWED THE HEARSAY STATEMENTS._

_FOR THIS REASON, TWO SUPREME COURT JUSTICES HAD DISSENTING OPINIONS._

_(ENCLOSE PLEASE FIND A COPY OF MEMO & OPINION)_

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

AO 241 (Rev. 01/15)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _APPEAL_

Name and location of the court where the motion or petition was filed: _SUPREME COURT OF KENTUCKY_

Docket or case number (if you know): _2002-SC-1091-MR_

Date of the court's decision: _5-19, 05_

Result (attach a copy of the court's opinion or order, if available): _DENIED_

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** PROBATION & PAROLE OFFICER MISSTATED THE LAW AS TO PAROLE ELIGIBILITY

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

PROBATION/PAROLE OFFICER STATED A PERSON SERVES 85% OF A 50 YEAR SENTENCE WHICH COMPUTES TO 42 YEARS AND 6 MONTHS TO BE ELIGIBLE FOR PAROLE AND 17 YEARS FOR A 20 YEAR SENTENCE. I RECIEVED A LIFE SENTENCE AND WAS SUBSTANTIALLY PREJUDICED AND DENIED A FAIR AND RELIABLE TRUTH IN SENTENCING WHEN THE PROBATION/PAROLE OFFICER MISSTATED THE LAW ON A 50 YEAR SENTENCE. A DEFENDANT BECOMES ELIGIBLE FOR PAROLE AFTER SERVING EITHER 85% OF THE SENTENCE OR 20 YEAR'S, WHICHEVER IS LESS, ALLOWING FOR THE POSSIBILITY OF RELEASE AT SOME FUTURE DATE.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

  (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
  ☑ Yes   ☐ No

  (2) If your answer to Question (d)(1) is "Yes," state:

  Type of motion or petition: APPEAL

  Name and location of the court where the motion or petition was filed: SUPREME COURT OF KENTUCKY

  Docket or case number (if you know): 2002-SC-1091-MR

  Date of the court's decision: 5-19-05

Result (attach a copy of the court's opinion or order, if available): _DENIED_

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two :

**GROUND THREE:**   _IMPROPER BOLSTERING OF TWO KEY WITNESS' AT CLOSING ARGUMENTS FOR THE COMMONWEALTH_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_THE ONLY EVIDENCE PRESENTED AT TRIAL WAS THE TESTIMONY OF TWO WITNESSES FOR THE COMMONWEALTH WHO RECIEVED IMMUNITY FROM THEIR DRUG RELATED CHARGES._

_THIS ISSUE WAS RAISED BY THE DEPARTMENT OF PUBLIC ADVOCACY ON APPEAL. SUPREME COURT OF KENTUCKY CASE NO. 2002-SC-1091-MR_

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

    (2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

    ☑ Yes ☐ No

    (2) If your answer to Question (d)(1) is "Yes," state:

    Type of motion or petition: _APPEAL_

    Name and location of the court where the motion or petition was filed: _SUPREME COURT OF KENTUCKY_

    Docket or case number (if you know): _2002-SC-1091-MR_

    Date of the court's decision: _5-19-05_

    Result (attach a copy of the court's opinion or order, if available): _DENIED_

    (3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

    (4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

    (6) If your answer to Question (d)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:** PAROLE ELIGIBILITY DATE HAS BEEN EXTENDED BY TWO YEARS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THE STATE OF KENTUCKY SERVED A WARRENT, ARRESTED AND EXTRADITED ME WHILE I WAS SERVING A 48 MONTH SENTENCE IN A FEDERAL CORRECTIONS INSTITUTE IN ANOTHER STATE. AFTER BEING RETURNED TO FEDERAL CUSTODY, THE COMMONWEALTH OF KENTUCKY HELD A DETAINER ON ME AND HAS FAILED TO CREDIT THE TWO YEARS TOWARDS MY SENTENCE. ALTHOUGH THE COURT DID NOT ORDER MY STATE AND FEDERAL SENTENCES TO RUN CONCURRENT THE DETAINER SHOULD MAKE THE TIME SERVED COUNT TOWARD MY PAROLE ELIGIBILITY DATE OF 20 YEARS FOR A LIFE SENTENCE AS RECOMMENDED

(b) If you did not exhaust your state remedies on Ground Four, explain why: BY THE JURY. FINAL SENTENCING WAS DECEMBER 9, 2002 PAROLE ELIGIBILITY DATE IS DECEMBER 3, 2024 IT SHOULD BE DECEMBER 2022.

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    ☐ Yes    ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

ADDITIONAL GROUNDS FOR RELIEF UNDER U.S.C. 28 - 2254

**GROUND FIVE:** RECUSAL MOTION - THIS ISSUE WAS PRESERVED BY TRIAL COUNSELS PRETRIAL MOTION FOR THE COURT TO RECUSE ITSELF. JUDGE HAD BEEN PROSECUTOR IN PREVIOUS CASE WERE I WAS FOUND GUILTY OF RECKLESS HOMICIDE. CASE NO. 2002-SC-1091-MR, KY SUPREME COURT, MAY 19, 2005 DECISION

**GROUND SIX:** CR 60.02 MOTION DENIED - WITHOUT APPOINTING COUNSEL OR CONDUCTING AN EVIDENTIARY HEARING. CASE NO. 2009-CA-001008, KY COURT OF APPEALS.

**GROUND SEVEN:** RCr 11.42 MOTION DENIED - BY TRIAL JUDGE. EVIDENTIARY HEARING OVER-RULED. CASE NO. 2005-CA-001782, KY COURT OF APPEALS.

**GROUND EIGHT:** CHANGE OF VENUE - INEFFECTIVE ASSISTANCE OF TRIAL COUNSEL WHEN HE FAILED TO MOVE FOR A CHANGE OF VENUE. AN ARTICLE APPEARED IN THE ONLY NEWSPAPER IN THE COUNTY ABOUT THE TRIAL. THE TRIAL JUDGE FAILED TO FOLLOW UP ON HIS PROMISE TO CONTACT THE NEWSPAPER. THE JURY MEMBERS WERE ALLOWED TO VIEW THE ARTICLE. CASE NO. 2005-CA-001782, KY COURT OF APPEALS, RCr 11.42 MOTION DENIED.

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: *ADMINISTRATIVE REVIEW FORMS, OFFENDER INFORMATION SERVICE FORMS (ENCLOSED)*

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: ~~ADMINISTRATION REVIEW AND OFFENDER INFORMATION FORMS, 2020 HAS BEEN A TERRIBLE YEAR TO FILE ANYTHING WITH LIMITED ACCESS TO THE LAW LIBRARY, COVID-19 HAS BEEN A SCARE TO INMATES.~~

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    ADMINISTRATION REVIEW AND OFFENDER INFORMATION FORMS. 2020 HAS BEEN A TERIBLE YEAR FOR FILING LEGAL WORK WITH LIMITED ACCESS TO THE LAW LIBRARY, COVID-19 HAS BEEN A SCARE TO INMATES.

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing: JAMES M. RUSCHELL

   (b) At arraignment and plea: BILL BARBER JR.   OWENSBORO, KY

   (c) At trial: BILL BARBER JR.

   (d) At sentencing: BILL BARBER JR.

   (e) On appeal: BILL BARBER JR.

   (f) In any post-conviction proceeding: 1) JULIE NAMKIN, DEPT. OF PUBLIC ADVOCACY - APPEAL 2) PRO SE RCr 11.42 MOTION 3) RACHELLE N. HOWELL, DEPT. OF PUBLIC ADVOCACY - CR 60.02

   (g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☒ Yes ☐ No

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   3 YEARS OF SUPERVISED RELEASE - UNITED STATES DISTRICT COURT OWENSBORO, KY   CRIMINAL ACTION NO. 4:00-CR-23

   (b) Give the date the other sentence was imposed: 12-4-01

   (c) Give the length of the other sentence: 48 MONTH SENTENCE (SERVED)

   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? ☐ Yes ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

ON 1-4-02 I SELF SURRENDERED TO FCI MEMPHIS TO BEGIN SERVING A 48 MONTH SENTENCE.

ON 5-24-02 KENTUCKY SERVED ME WITH A WARRENT, ARRESTED AND EXTRADITED ME FROM MEMPHIS, TN TO OWENSBORO, KY FOR ARRAINMENT AND TRIAL IN McLEAN COUNTY CIRCUIT COURT.

AO 241
(Rev. 01/15)

Page 15

ON 1-3-03 I WAS TRANSPORTED FROM KENTUCKY BACK TO FCI MEMPHIS. BY THIS TIME ONE YEAR HAD LAPSED MY FEDERAL SENTENCE, I HAD NO CHOICE BUT TO BEGIN WORK ON MY FEDERAL CASE AS WELL AS PERFECTING MY APPEAL IN THE STATE COURTS.

WITH THE BACK AND FORTH OF TWO TRIALS IN TWO DIFFERENT STATES AS WELL AS TWO SEPARATE LEVELS I'M HOPING YOU WILL CONSIDER MY PETITION FOR RELIEF UNDER USC 28 § 2254

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 01/15)

Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: **TO GRANT IMMEDIATE RELEASE WITH TIME SERVED OR IN THE ALTERNITIVE TO ORDER THE McLEAN CIRCUIT COURT TO CREDIT ALL TIME EVEN WITH DETAINER SERVED TOWARD PAROLE ELIGIBILITY DATE,**
or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **3-19-21** (month, date, year).

Executed (signed) on **3-18-21** (date).

**Grover Clifton Hubbard #190556**
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

GROVER CLIFTON GABBARD #190556
KENTUCKY STATE PENITENTIARY
266 WATER STREET
DORM ▓▓ 4, 417
EDDYVILLE, KY 42038

Kentucky State Penitentiary
Uncensored Inmate Mail
Not Responsible For Contents

CLERK, UNITED STATES DISTRICT COURT
423 FREDERICA STREET, SUITE 126
OWENSBORO, KY 42301